UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JAN 0 6 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**WILLIAM RALEIGH DENNISON,**<br><br>Defendant. | Criminal No.   1:26-CR - 1<br><br>Violations:   18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about December 26, 2024, in Monongalia County, in the Northern District of West Virginia, defendant **WILLIAM RALEIGH DENNISON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of Stolen Firearms in Case Number 1:15CR111-01 in the U.S. District Court for the Northern District of West Virginia, on April 11, 2016; knowingly possessed a firearm in and affecting interstate commerce, to wit, a Ruger pistol, model P95DC, 9x19mm caliber, serial number 311-48077; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

# FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), including:

1. Ruger pistol, model P95DC, 9x19mm caliber, serial number 311-48077; and
2. any associated ammunition.

A true bill,

/s/
Grand Jury Foreperson

/s/
MATTHEW L. HARVEY
United States Attorney

William Rhee
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney